UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALFREDO OCHOA MORANDO, | 1:05-cv-00779-OWW-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 7) |
| vs. | **ORDER DISMISSING COMPLAINT/ ACTION** |
| SCOTT RAWERS, | |
| Defendant. | |

Plaintiff, Jose Alfredo Ochoa Morando ("plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 11, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed January 11, 2006, are ADOPTED IN FULL; and,

2. The complaint is DISMISSED, and this action is TERMINATED, for plaintiff's failure to comply with the court's order of January 11, 2006.

IT IS SO ORDERED.

**Dated:   March 15, 2006**                    **/s/ Oliver W. Wanger**
emm0d6                                          UNITED STATES DISTRICT JUDGE